IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| EUNIEKA SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:20cv00646 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PIEDMONT FOUNDRY SUPPLY, INC. | ) | By:   Hon. Thomas T. Cullen |
| | ) |         United States District Court |
| Defendant. | ) | |

This matter was filed on November 3, 2020. [ECF No. 1.] Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was afforded ninety (90) days to effect service of process on Defendants. To date, she has failed to do so. Accordingly, and pursuant to Fed. R. Civ. P. 4(m), this matter is hereby **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to remove this case from the active docket of the court.

The clerk is directed to forward a copy of this Order to Plaintiff.

**ENTERED** this 8th day of July, 2021.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE